1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    Case No. ED11 - 00339 M
                                      )
12                   Plaintiff,       )    ORDER OF DETENTION PENDING
                                      )    FURTHER REVOCATION
13            v.                      )    PROCEEDINGS
                                      )    (FED. R. CRIM. P. 32.1(a)(6); 18
14   Julio Cesar-Gomez               )    U.S.C. § 3143(a)(1))
                                      )
15                   Defendant.       )
                                      )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Northern___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             — violation petition

26             — pretrial services report

27   _____

28   _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

— violation petition

— pretrial services report

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: September 1, 2011

HONORABLE SHERI PYM
United States Magistrate Judge